IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) 08CV431 |
| EDWARD T. JOYCE FIRM, P.C. | ) JUDGE HART |
| | ) MAGISTRATE JUDGE COX |
| Defendant. | ) |

**DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiff, Federal Insurance Company, furnishes the following in compliance with Fed. Rule Civ. Pro. 7.1(a):

1. The undersigned represents Federal Insurance Company.

2. (a) Federal Insurance Company is 100 percent owned by the Chubb Corporation.

   (b) Federal Insurance Company is not a publicly held corporation, and there is no shareholder with more than a 10% interest in the Chubb Corporation.

FEDERAL INSURANCE COMPANY

By: _____
One of its Attorneys

Janet R. Davis
Anne L. Blume
MECKLER, BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312/474-7900
312/474-7898 fax

O:\6760\pleading\Certificate of Interest - petition.doc