AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FEDERAL INSURANCE COMPANY

ALIAS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 C 0431

V.

ASSIGNED JUDGE: JUDGE HART

EDWARD T. JOYCE FIRM, P.C.

DESIGNATED
MAGISTRATE JUDGE: COX

TO: (Name and address of Defendant)

Edward T. Joyce
Edward T. Joyce Firm, P.C.
11 SOUTH LASALLE ST.
SUITE 1600
CHICAGO IL 60603

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANNE L. BLUME
MECKLER BULGER & TILSON LLP
123 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_Jacquline Hollimon_
(By) DEPUTY CLERK

_1/28/08_
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 C 0431**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Heidi Koling**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.   (   ) By leaving a copy with the named party, ------- personally on -------.

2.   (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **Edward T. Joyce Firm, P.C.** by leaving a copy with **Jennifer McDougall, Employee and Authorized Person**, on **January 28, 2008**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Caucasian**          APPROXIMATE AGE: **25-30**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **11 S. LaSalle St., Suite #1600, Chicago, IL 60603**
TIME OF DAY: **5:10 PM**

6.   (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **29**th day of **January 2008**.

Heidi Koling
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11