## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:08-cv-00431 |
| v. | ) | |
| | ) | Judge William T. Hart |
| EDWARD T. JOYCE FIRM, P.C. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO:  Edward T. Joyce
     Edward T. Joyce Firm, P.C.
     11 South LaSalle St., Suite 1600
     Chicago, IL 60603
     Fax: 312-641-0360

**YOU ARE HEREBY NOTIFIED** that on **Wednesday, February 6, 2008**, at the hour of **11:00 a.m.**, we shall appear before the **Honorable William T. Hart**, or any judge sitting in his stead, in Room **2243** in the United States District Court, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Federal Insurance Company's Motion for Expedited Production and Enforcement of an Arbitration Subpoena**, a copy of which is attached hereto and hereby served upon you.

MECKLER BULGER & TILSON LLP                    Attorney for Plaintiff
123 North Wacker Drive, Suite 1800             Chicago, Illinois 60606
(312) 474-7900

## PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this notice by facsimile, messenger and mailing a copy to the aforementioned parties at their respective address and depositing the same in the U.S. Mail at 123 North Wacker Drive, Chicago, Illinois 60606, at 5:00 p.m. on February 1, 2008, with proper postage prepaid.

[X]   Under penalties as provided by law pursuant to
      Il.Rev.Stat.Chap.110 Section 1-109, I certify that
      the statements set forth herein are true and correct.