## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Federal Insurance Company

                                      Plaintiff,

v.                                                         Case No.: 1:08−cv−00431
                                                                        Honorable William T. Hart

The Law Offices of Edward T. Joyce, P.C.

                                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing set for 2/6/2008 is stricken. Briefing schedule set on plaintiff's motion for expedited production and enforcement of an arbitration subpoena [11] and petition to enforce arbitration subpoenas [1] as follows: responses due by 2/19/2008; replies due by 2/26/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.