# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number: 08-C-00431

Federal Insurance Company,
        v.
Edward T. Joyce Firm, P.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Edward T. Joyce & Associates, P.C. (incorrectly named as "Edward T. Joyce Firm, P.C.")

| | |
|---|---|
| NAME (Type or print) <br> Robert D. Carroll | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert D. Carroll | |
| FIRM <br> Edward T. Joyce & Associates, P.C. | |
| STREET ADDRESS <br> 11 South LaSalle Street, Suite 1600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06281138 | TELEPHONE NUMBER <br> (312) 641-2600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [ ]  NO [✓] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [✓]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]  NO [✓] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]  NO [✓] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |