IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD T. JOYCE FIRM, P.C. ) <br> ) <br> Defendant. ) <br> ) <br> ) | No.: 1:08-cv-00431 <br><br> Judge William T. Hart |

## NOTICE OF MOTION

TO:   Edward T. Joyce
      Edward T. Joyce Firm, P.C.
      11 South LaSalle St., Suite 1600
      Chicago, IL 60603
      Fax: 312-641-0360

**YOU ARE HEREBY NOTIFIED** that on **Wednesday, February 27, 2008**, at the hour of **11:00 a.m.**, we shall appear before the **Honorable William T. Hart**, or any judge sitting in his stead, in Room **2243** in the United States District Court, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Federal Insurance Company's Motion for Leave to File Its Reply Memorandum Under Seal**, a copy of which is attached hereto and hereby served upon you.

| | |
|---|---|
| MECKLER BULGER & TILSON LLP <br> 123 North Wacker Drive, Suite 1800 <br> (312) 474-7900 | Attorney for Plaintiff <br> Chicago, Illinois 60606 |

## PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this notice by facsimile, messenger and mailing a copy to the aforementioned parties at their respective address and depositing the same in the U.S. Mail at 123 North Wacker Drive, Chicago, Illinois 60606 at 5:00 p.m. on February 22, 2008, with proper postage prepaid.

_____
[X]   Under penalties as provided by law pursuant to
      Il.Rev.Stat.Chap. 110 Section 1-109, I certify that
      the statements set forth herein are true and correct.