**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Federal Insurance Company

                      Plaintiff,

v.                                             Case No.: 1:08−cv−00431
                                                 Honorable William T. Hart

The Law Offices of Edward T. Joyce, P.C.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing set for 2/27/2008 is stricken. Plaintiff's motion for leave to file its reply under seal [18] is denied; but plaintiff can file a redacted reply. Therefore, all confidential documents together with an unredacted reply shall be submitted to Judge Hart's Chambers – Room 2246.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.