Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0431 | DATE | MARCH 13, 2008 |
| CASE TITLE | FEDERAL INSURANCE COMPANY v. THE LAW OFFICES OF EDWARD T. JOYCE, P.C. | | |

**DOCKET ENTRY TEXT**

Petitioner's motion to expedite production and enforce the subpoena [11] is granted in part and denied in part. The Clerk of the Court is directed to enter judgment in favor of petitioner and against respondent enforcing the arbitration subpoena and requiring that respondent answer the subpoena within 30 days, subject to any further ruling of the arbitration panel.

■ [ For further detail see attached Opinion and Order.]

Notices (2) mailed by Judicial staff.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | CW |
|---|---|---|