# United States District Court
## Northern District of Illinois
### Eastern Division

Federal Insurance Company

v.

The Law Offices of Edward T. Joyce, P. C

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 431

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Federal Insurance Company and against respondent The Law Offices of Edward T. Joyce, P.C. enforcing the arbitration subpoena and requiring that respondent answer the subpoena within 30 days, subject to any further ruling of the arbitration panel.

Michael W. Dobbins, Clerk of Court

Date: 3/13/2008

/s/ Carol Wing, Deputy Clerk